IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

CHARLES BERNARD STANLEY                                           PLAINTIFF

VS.                          Civil No. 05-CV-1031

PFC DARDEN, El Dorado Police
Department; UNION COUNTY
ARKANSAS, KEN JONES,
Sheriff, Union County, ARKANSAS;
DR. SEALE, Jail Doctor; and DEBBIE
HOWARD, Jail Nurse                                                DEFENDANTS

## ORDER

Now on this 7th day of December, 2005, comes on for consideration the proposed findings and recommendations filed herein on November 16, 2005, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that Stanley's claims should be and are hereby dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                               */s/ Harry F. Barnes*
                                               **HARRY F. BARNES**
                                               **U.S. DISTRICT JUDGE**